# UNITED STATES DISTRICT COURT
for the

New District of Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Antoine Gaithers | ) | Case No: 99-48 |
| | ) | USM No: |
| Date of Previous Judgment: 3/14/2000 | ) | James Fine, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _168_ months **is reduced to** _140 months_.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__          Amended Offense Level: __29__
Criminal History Category: __V__        Criminal History Category: __V__
Previous Guideline Range: _168_ to _210_ months    Amended Guideline Range: _140_ to _175_ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _9 Mar 2000_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _4 June 2008_

Judge's signature

Effective Date: _____
(if different from order date)                              Printed name and title